UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NADINE BERMAN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF LOS ANGELES, GUILLERMO PEREA, and BARBARA HARTLEY et al,<br><br>　　　　　Defendants. | **Case No. CV 19-2942-DMG (JEMx)**<br><br>**ORDER RE DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION OF THE PARTIES [F.R.C.P. §41 (a)(1)(A)(ii] [33]** |

The Court, having reviewed the Parties' Stipulation to dismiss the case with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) orders as follows:

**IT IS HEREBY ORDERED** that this matter be, and hereby is, dismissed with prejudice. The parties are to each bear their own costs and fees.

DATED: June 8, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE